SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
KATHLEEN M. HURLY  Bar No. 169907
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Rebecca.Hull@sdma.com
Kathleen.Hurly@sdma.com

Attorneys for Plaintiff
Metropolitan Life Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FREDERIC GIERSCH IV, CHRISTINA ANN BROWN, AND VICTORIA GIERSCH,<br><br>Defendant. | CASE NO. 2:08-cv-03016-JAM-GGH<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that plaintiff Metropolitan Life Insurance Company hereby dismisses, with prejudice, its complaint on file herein pursuant to F.R.C.P. 41(a)(1)(A)(i).  No defendant has served an answer.

DATED:  May 20, 2009           SEDGWICK, DETERT, MORAN & ARNOLD LLP

                               By: /s/ Kathleen M. Hurly
                                   Rebecca A. Hull
                                   Kathleen M. Hurly
                                   Attorneys for Plaintiff
                                   Metropolitan Life Insurance Company

IT IS SO ORDERED.
Dated:  May 20, 2009                          /s/ John A. Mendez
                                              Hon. John A. Mendez
                                              United States District Court Judge

-1-                CASE NO. 2:08-cv-03016-JAM-GGH
NOTICE OF DISMISSAL WITHOUT PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com